**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00880-CMA-BNB

UNITED STATES OF AMERICA, for the use and benefit of
WESTERN WOOD STRUCTURES, INC., an Oregon corporation,

      Plaintiff,

v.

MEZA CONSTRUCTION, INC., a Colorado corporation, and
HARTFORD FIRE INSURANCE COMPANY, a surety,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss (Doc. # 11). The Court having considered the Stipulated Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own attorney's fees and costs.

DATED: June 17, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge